UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA BREWER,

    Plaintiff,

v.                                          Case No. 3:24cv298-MCR-HTC

OKALOOSA COUNTY, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 27, 2024. ECF No. 11. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF Doc. 11, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED for failure to comply with Court orders.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**